1  WRIGHT FINLAY & ZAK, LLP
   Christina V. Miller, Esq.
2  Nevada Bar No. 12448
   Miguel Villanueva, Esq.
3  Nevada Bar No. 17009
4  8337 W. Sunset Rd., Suite 220
   Las Vegas, NV 89117
5  (949) 477-5050; Fax: (702) 408-1345
   cmiller@wrightlegal.net
6  *Attorney for Defendants, Freedom Mortgage*
   *Corporation; Nestor Solutions, LLC;*
7  *and Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW WADE PATRICK, an individual; and ANNA NATASHA MCKENZIE, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation; NESTOR SOLUTIONS, LLC, a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary and Nominee for HOMETOWN LENDERS, INC.; and DOE Individuals I through X and ROE Corporations and Organizations I through X,<br><br>    Defendants. | Case No. 2:25-cv-02467-JCM-MDC<br><br>**STIPULATION OF EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**<br>**(First Stipulation)** |

///
///
///
///
///
///
///

1

Pursuant to Local Rule IA 6-1, Defendants Freedom Mortgage Corporation ("Freedom"), Nestor Solutions, LLC ("Nestor"); Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Defendants") and Plaintiffs Andrew Wade Patrick and Anna Natasha McKenzie, by and through their undersigned counsel, hereby stipulate to an extension of time for Defendants to answer or otherwise respond to the Complaint up to and including January 17, 2026. This is the first such extension of time, and this stipulation is entered into to allow additional time for the parties to discuss resolution of Plaintiffs' claims.

IT IS SO STIPULATED.

Dated this 18th day of December, 2025.

WRIGHT, FINLAY & ZAK, LLP

/s/ Christina V. Miller
Christina V. Miller, Esq.
Nevada Bar No. 12448
*Attorneys for Defendants, Freedom Mortgage Corporation; Nestor Solutions, LLC; and Mortgage Electronic Registration Systems, Inc.*

Agreed to by:

/s/ Bryan Naddafi
Bryan Naddafi, Esq.
Nevada Bar No. 13004
*Attorney for Plaintiffs, Andrew Wade Patrick and Anna Natasha McKenzie*

**ORDER**
IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

DATED: December 19, 2025