AVALON LEGAL GROUP LLC
Bryan Naddafi (State Bar No. 13004)
  bryan@avalonlg.com
John R. Holiday (State Bar No. 13151)
  john@avalonlg.com
6030 S. Rainbow Blvd., Suite D1
Las Vegas, Nevada 89118
Telephone: (702) 522-6450
Facsimile: (702) 848-5420
*Attorneys for Plaintiffs Andrew Wade*
*Patrick and Anna Natasha Mckenzie*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW WADE PATRICK, an individual; and ANNA NATASHA MCKENZIE, an individual,<br><br>           Plaintiff,<br>     vs.<br><br>**FREEDOM MORTGAGE CORPORATION, a Delaware corporation; NESTOR SOLUTIONS, LLC, a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary and Nominee for HOMETOWN LENDERS, INC.**; and DOE Individuals I through X and ROE Corporations and Organizations I through X,<br><br>           Defendants. | Case No.: 2:25-cv-02467-JCM-MDC<br><br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS (ECF NO. 11)** |

COME NOW, plaintiffs Andrew Patrick and Anna Mckenzie (collectively, "Plaintiffs") and defendants Freedom Mortgage Corporation, Nestor Solutions, LLC, and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), by and through their respective undersigned counsel, and hereby stipulate and agree as follows:

On February 13, 2026, Defendants filed a Motion to Dismiss the Amended Complaint for Failure to State a Claim ("Motion to Dismiss"). ECF No. 11. The parties agree to extend Plaintiffs'

Page **1** of **2**

time to respond to Defendants' Motion to Dismiss.  Plaintiffs and Defendants hereby stipulate that Plaintiffs will have until March 13, 2026 to file their response to Defendants' Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated this 20th day of February, 2026.

| AVALON LEGAL GROUP LLC | WRIGHT FINLAY & ZAK, LLP |
|---|---|
| /s/ Bryan Naddafi | /s/ Christina V. Miller |
| Bryan Naddafi, Esq. (SBN 13004) | Christina V. Miller, Esq. (SBN 12448) |
| bryan@avalonlg.com | cmiller@wrightlegal.net |
| John R. Holiday (SBN 13151) | Miguel T. Villanueva, Esq. (SBN 17009) |
| john@avalonlg.com | mvillanueva@wrightlegal.net |
| 6030 S. Rainbow Blvd., Suite D1 | 8337 W. Sunset Rd., Suite 220 |
| Las Vegas, Nevada 89118 | Las Vegas, NV 89117 |
| Telephone: (702) 522-6450 | Telephone: (702) 475-7964 |
| *Attorneys for Plaintiffs Andrew Wade Patrick and Anna Natasha Mckenzie* | *Attorneys for Defendants Freedom Mortgage Corporation, Nestor Solutions, LLC, and Mortgage Electronic Registration Systems, Inc.* |

**IT IS SO ORDERED** February 25, 2026.

_____
UNITED STATES DISTRICT JUDGE