WRIGHT FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Miguel Villanueva, Esq.
Nevada Bar No. 17009
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89117
(949) 477-5050; Fax: (702) 408-1345
cmiller@wrightlegal.net
*Attorney for Defendants, Freedom Mortgage*
*Corporation; Nestor Solutions, LLC;*
*and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW WADE PATRICK, an individual; and ANNA NATASHA MCKENZIE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation; NESTOR SOLUTIONS, LLC, a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary and Nominee for HOMETOWN LENDERS, INC.; and DOE Individuals I through X and ROE Corporations and Organizations I through X,<br><br>Defendants. | Case No. 2:25-cv-02467-JCM-MDC<br><br>**STIPULATION OF EXTENSION OF TIME TO REPLY IN SUPPORT OF THE MOTION TO DISMISS** |

Pursuant to Local Rule IA 6-1, Defendants Freedom Mortgage Corporation ("Freedom"), Nestor Solutions, LLC ("Nestor"); Mortgage Electronic Registration Systems, Inc. ("MERS") (collectively "Defendants") and Plaintiffs Andrew Wade Patrick and Anna Natasha McKenzie, by and through their undersigned counsel, hereby stipulate to an extension of time for Defendants to file a reply in support of the Motion to Dismiss the Amended Complaint.

On February 13, 2026, Defendants filed a Motion to Dismiss the Amended Complaint for Failure to State a Claim ("Motion to Dismiss"). ECF No. 11. The parties stipulated to an extension

1

of time for Plaintiffs to respond (ECF No. 16), and Plaintiffs filed their response on March 13, 2026. ECF No. 17. The parties agree to extend Defendants' time to file a reply up to and including March 27, 2026. This is the first such extension of time.

Dated this 17th day of March, 2026.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
*Attorneys for Defendants, Freedom Mortgage Corporation; Nestor Solutions, LLC; and Mortgage Electronic Registration Systems, Inc.*

Agreed to by:

*/s/ Bryan Naddafi*
Bryan Naddafi, Esq.
Nevada Bar No. 13004
*Attorney for Plaintiffs, Andrew Wade Patrick and Anna Natasha McKenzie*

IT IS SO ORDERED:

DATED: March 18, 2026

James C. Mahan
United States District Judge

2