**WRIGHT FINLAY & ZAK, LLP**
Christina V. Miller, Esq.
Nevada Bar No. 12448
Miguel T. Villanueva, Esq.
Nevada Bar No. 17009
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 408-1345
cmiller@wrightlegal.net
mvillanueva@wrightlegal.net
*Attorneys for Defendants, Freedom Mortgage Corporation; Nestor Solutions, LLC; and Mortgage Electronic Registration Systems, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANDREW WADE PATRICK, an individual; and ANNA NASTASHA MCKENZIE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION, a New Jersey corporation; NESTOR SOLUTIONS, LLC, a California limited liability company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary and Nominee for HOMETOWN LENDERS, INC.; and DOE Individuals I through X and ROE Corporations and Organizations I through X,<br><br>Defendants. | Case No. 2:25-cv-02467-JCM-MDC<br><br>**STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE AND TO STAY RESPONSIVE PLEADING DEADLINE** |

Now comes Defendants, Freedom Mortgage Corporation ("Freedom"), Nestor Solutions, LLC ("Nestor") and Mortgage Electronic Registration Systems, Inc., as Beneficiary and Nominee for Hometown Lenders, Inc. ("MERS"), and Plaintiffs Andrew Wade Patrick and Anna Natasha McKenzie, by and through their respective counsel, and hereby move the Court to set this case for a settlement conference and for an order staying the defendants' responsive pleading deadline until after the settlement conference. In support of this Motion, the parties state as follows:

1. The deadline for a responsive pleading was July 13, 2026.

2. On August 22, 2025, prior to the commencement of this litigation, the parties participated in an in-person mediation concerning the loan that is the subject of this Action. During that mediation, the parties engaged in substantive discussions regarding potential loss-mitigation options and a possible loan modification as a means of resolving the borrowers' claims and avoiding further dispute.

3. The parties left believing they were close to an ultimate settlement but were unable to come to final terms, partly because Plaintiffs were seeking compensation for claims that had not been filed.

4. The most recent settlement offer, made by Defendants, included a repayment plan to address the past due amounts on the Note.[1]

5. Since that time, Plaintiffs have filed the present lawsuit and the initial pleading issues have been decided by this Court, thereby setting the complete picture of the issues that need to be discussed at a renewed mediation.

6. The parties believe, given the prior efforts and limited barriers to a prior resolution, a settlement conference would be fruitful to resolve this Action and the foreclosure.

7. The parties believe that an in-person settlement conference before this Court or a magistrate judge will be productive and may resolve the need for further litigation.

8. The parties request that the Court set this matter for such a settlement conference before a magistrate judge.

9. The parties request a twenty-one (21) day extension after the settlement conference date to file a responsive pleading and submit a joint proposed discovery plan.

[1] The parties note that these discussions were confidential under Federal Rule of Evidence 408, and state that a more detailed description of the relevant offer can be provided to this Court or an assigned magistrate judge off the record upon request.

10. This Stipulation is made for a legitimate purpose and not for the purpose of unnecessary delay.

WHEREFORE, the parties respectfully request that the Court set this case for a settlement conference and that the responsive pleading deadline, along with the deadline to submit a joint proposed discovery plan, be extended to approximately twenty-one (21) days after the settlement conference.

Respectfully submitted,

Dated: July 24, 2026

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christina V. Miller*
Christina V. Miller, Esq.
Nevada Bar No. 12448
*Attorneys for Defendants, Freedom Mortgage Corporation; Nestor Solutions, LLC; and Mortgage Electronic Registration Systems, Inc.*

AVALON LAW GROUP

*/s/ Bryan Naddafi*
Bryan Naddafi, Esq.
Nevada Bar No. 13004
*Attorney for Plaintiffs, Andrew Wade Patrick and Anna Natasha McKenzie*

IT IS SO ORDERED.

**The Court will issue a separate order setting a settlement conference in this case.**

DATED August 3, 2026

Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE